## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Luis Perez

                Plaintiff,

v.                                         Case No.: 1:13−cv−05635
                                             Honorable Gary Feinerman

Marcus Hardy, et al.

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 27, 2015:

      MINUTE entry before the Honorable Gary Feinerman:For the reasons set forth in the accompanying Memorandum Opinion and Order, Defendants' summary judgment motions [48][65] are granted, and Plaintiff's motion to deny summary judgment [82] is denied. Enter judgment order. Status hearing set for 9/22/2015 [95] is stricken. Enter judgment order. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.